UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES HAMILTON,

    Plaintiff,

v.                                          Case No. 3:14cv128/MCR/CJK

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 14, 2014 (doc. 20).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The motion for voluntary dismissal (doc. 20) is GRANTED and this cause is DISMISSED WITHOUT PREJUDICE.

    2.  The clerk is directed to close the file.

    **DONE and ORDERED** on this 12th day of September, 2014.


                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**